**Exhibit A**
**Scheduled and Filed Claims**

| Creditor | Scheduled Claims ||| Filed Claims |||
| --- | --- | --- | --- | --- | --- | --- |
| | Schedule | Amount | C/U/D | Claim No. | Amount | Classification |
| Jacob A. Weiss | F | $128,788.25 | C/U/D | | | |
| Totals | | $128,788.25 | | | $0.00 | |

Exhibit B
Commission Payments

| Debtor | Ck. No. | Petition Date | Clear Date | Name | Receipts | Disbursements |
|---|---|---|---|---|---|---|
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 12/01/17 | JACOB A. WEISS | $ | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 12/01/17 | JACOB A. WEISS | | 2,496.15 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 11/24/17 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 11/24/17 | JACOB A. WEISS | | 2,971.15 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 11/17/17 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 11/17/17 | JACOB A. WEISS | | 2,621.15 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 11/10/17 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 11/10/17 | JACOB A. WEISS | | 2,976.15 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 11/03/17 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 11/03/17 | JACOB A. WEISS | | 2,496.15 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 10/27/17 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 10/27/17 | JACOB A. WEISS | | 3,196.15 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 10/20/17 | JACOB A. WEISS | | 2,996.15 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 10/20/17 | JACOB A. WEISS | | 3,212.76 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 10/13/17 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 10/13/17 | JACOB A. WEISS | | 2,496.15 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 10/06/17 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 10/06/17 | JACOB A. WEISS | | 2,621.15 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 09/29/17 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 09/29/17 | JACOB A. WEISS | | 2,996.15 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 09/22/17 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 09/22/17 | JACOB A. WEISS | | 2,483.71 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 09/15/17 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 09/15/17 | JACOB A. WEISS | | 2,846.15 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 09/08/17 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 09/08/17 | JACOB A. WEISS | | 2,496.15 |
| | | | TOTALS - 90 DAY | | - | 55,105.27 |
| | | | NET DISBURSEMENTS - 90 DAY | | | 55,105.27 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 09/01/17 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 09/01/17 | JACOB A. WEISS | | 2,988.76 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 08/25/17 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 08/25/17 | JACOB A. WEISS | | 2,996.15 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 08/18/17 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 08/18/17 | JACOB A. WEISS | | 2,496.15 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 08/11/17 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 08/11/17 | JACOB A. WEISS | | 2,851.15 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 08/04/17 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 08/04/17 | JACOB A. WEISS | | 5,677.63 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 07/28/17 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 07/28/17 | JACOB A. WEISS | | 2,496.15 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 07/21/17 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 07/21/17 | JACOB A. WEISS | | 2,496.15 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 07/14/17 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 07/14/17 | JACOB A. WEISS | | 2,482.27 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 07/07/17 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 07/07/17 | JACOB A. WEISS | | 2,496.15 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 06/30/17 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 06/30/17 | JACOB A. WEISS | | 7,143.65 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 06/23/17 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 06/23/17 | JACOB A. WEISS | | 2,483.97 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 06/16/17 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 06/16/17 | JACOB A. WEISS | | 2,496.15 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 06/09/17 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 06/09/17 | JACOB A. WEISS | | 2,496.15 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 06/02/17 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 06/02/17 | JACOB A. WEISS | | 2,496.15 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 05/26/17 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 05/26/17 | JACOB A. WEISS | | 2,496.15 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 05/19/17 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 05/19/17 | JACOB A. WEISS | | 2,956.55 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 05/12/17 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 05/12/17 | JACOB A. WEISS | | 11,315.41 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 05/05/17 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 05/05/17 | JACOB A. WEISS | | 8,445.00 |
| WOODBRIDGE GROUP OF CANIES, LLC | PAYROLL | 12/04/17 | 04/28/17 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 04/28/17 | JACOB A. WEISS | | 1,541.67 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 04/21/17 | JACOB A. WEISS | | 1,350.00 |

| Debtor | Ck. No. | Petition Date | Clear Date | Name | Receipts | Disbursements |
|---|---|---|---|---|---|---|
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 04/21/17 | JACOB A. WEISS | | 2,200.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 04/14/17 | JACOB A. WEISS | | 850.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 04/14/17 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 04/07/17 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 04/07/17 | JACOB A. WEISS | | 2,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 03/31/17 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 03/31/17 | JACOB A. WEISS | | 4,773.59 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 03/24/17 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 03/17/17 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 03/17/17 | JACOB A. WEISS | | 2,000.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 03/10/17 | JACOB A. WEISS | | 367.71 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 03/10/17 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 03/03/17 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 03/03/17 | JACOB A. WEISS | | 2,331.49 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 02/24/17 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 02/17/17 | JACOB A. WEISS | | 293.75 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 02/17/17 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 02/10/17 | JACOB A. WEISS | | 250.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 02/10/17 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 02/03/17 | JACOB A. WEISS | | 98.70 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 02/03/17 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 01/27/17 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 01/27/17 | JACOB A. WEISS | | 2,970.05 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 01/20/17 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 01/20/17 | JACOB A. WEISS | | 4,570.38 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 01/13/17 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 01/13/17 | JACOB A. WEISS | | 1,420.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 01/06/17 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 01/06/17 | JACOB A. WEISS | | 1,500.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 12/30/16 | JACOB A. WEISS | | 6,336.67 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 12/23/16 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 12/16/16 | JACOB A. WEISS | | 2,292.23 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 12/09/16 | JACOB A. WEISS | | 7,557.38 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 12/02/16 | JACOB A. WEISS | | 1,938.48 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 11/25/16 | JACOB A. WEISS | | 11,613.19 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 11/18/16 | JACOB A. WEISS | | 10,613.18 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 11/10/16 | JACOB A. WEISS | | 2,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 11/04/16 | JACOB A. WEISS | | 7,163.65 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 10/28/16 | JACOB A. WEISS | | 1,891.67 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 10/21/16 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 10/14/16 | JACOB A. WEISS | | 2,963.11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 10/07/16 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 09/30/16 | JACOB A. WEISS | | 4,103.36 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 09/23/16 | JACOB A. WEISS | | 2,850.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 09/16/16 | JACOB A. WEISS | | 6,870.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 09/09/16 | JACOB A. WEISS | | 1,850.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 09/02/16 | JACOB A. WEISS | | 6,874.89 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 08/26/16 | JACOB A. WEISS | | 4,750.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 08/19/16 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 08/12/16 | JACOB A. WEISS | | 3,710.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 08/05/16 | JACOB A. WEISS | | 4,957.47 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 07/29/16 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 07/22/16 | JACOB A. WEISS | | 2,750.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 07/15/16 | JACOB A. WEISS | | 3,850.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 07/08/16 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 07/01/16 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 06/24/16 | JACOB A. WEISS | | 2,084.56 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 06/17/16 | JACOB A. WEISS | | 1,950.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 06/10/16 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 06/03/16 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 05/27/16 | JACOB A. WEISS | | 2,850.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 05/20/16 | JACOB A. WEISS | | 1,869.51 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 05/13/16 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 05/06/16 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 04/29/16 | JACOB A. WEISS | | 1,850.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 04/22/16 | JACOB A. WEISS | | 2,236.36 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 04/15/16 | JACOB A. WEISS | | 4,850.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 04/08/16 | JACOB A. WEISS | | 2,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 04/01/16 | JACOB A. WEISS | | 7,080.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 03/25/16 | JACOB A. WEISS | | 1,350.00 |

Exhibit B
Commission Payments

| Debtor | Ck. No. | Petition Date | Clear Date | Name | Receipts | Disbursements |
|---|---|---|---|---|---|---|
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 03/18/16 | JACOB A. WEISS | | 2,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 03/11/16 | JACOB A. WEISS | | 1,600.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 03/04/16 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 02/26/16 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 02/19/16 | JACOB A. WEISS | | 3,850.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 02/12/16 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 02/05/16 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 01/29/16 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 01/22/16 | JACOB A. WEISS | | 1,350.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 01/15/16 | JACOB A. WEISS | | 1,850.00 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | PAYROLL | 12/04/17 | 01/08/16 | JACOB A. WEISS | | 3,307.61 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | DD | 12/04/17 | 12/31/15 | JACOB WEISS | | 1,350.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | DD | 12/04/17 | 12/25/15 | JACOB WEISS | | 1,350.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | DD | 12/04/17 | 12/25/15 | JACOB WEISS | | 2,000.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | DD | 12/04/17 | 12/18/15 | JACOB WEISS | | 750.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | DD | 12/04/17 | 12/11/15 | JACOB WEISS | | 750.00 |
| | | | | TOTALS - 2 YEAR (INCL. 90 DAY) | - | 366,695.67 |
| | | | | NET DISBURSEMENTS - 2 YEAR (INCL. 90 DAY) | | 366,695.67 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | DD | 12/04/17 | 12/04/15 | JACOB WEISS | | 750.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | DD | 12/04/17 | 11/27/15 | JACOB WEISS | | 750.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | DD | 12/04/17 | 11/20/15 | JACOB WEISS | | 750.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | DD | 12/04/17 | 11/20/15 | JACOB WEISS | | 150.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | DD | 12/04/17 | 11/13/15 | JACOB WEISS | | 750.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | DD | 12/04/17 | 11/06/15 | JACOB WEISS | | 750.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | DD | 12/04/17 | 10/30/15 | JACOB WEISS | | 750.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | DD | 12/04/17 | 10/23/15 | JACOB WEISS | | 750.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | DD | 12/04/17 | 10/16/15 | JACOB WEISS | | 750.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | DD | 12/04/17 | 10/16/15 | JACOB WEISS | | 600.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | DD | 12/04/17 | 10/09/15 | JACOB WEISS | | 750.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | DD | 12/04/17 | 10/02/15 | JACOB WEISS | | 1,350.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | DD | 12/04/17 | 09/25/15 | JACOB WEISS | | 1,350.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | DD | 12/04/17 | 09/18/15 | JACOB WEISS | | 1,350.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | DD | 12/04/17 | 09/11/15 | JACOB WEISS | | 1,350.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | DD | 12/04/17 | 09/04/15 | JACOB WEISS | | 1,350.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | DD | 12/04/17 | 08/28/15 | JACOB WEISS | | 1,350.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | DD | 12/04/17 | 08/21/15 | JACOB WEISS | | 1,350.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | DD | 12/04/17 | 08/14/15 | JACOB WEISS | | 1,350.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | DD | 12/04/17 | 08/07/15 | JACOB WEISS | | 1,350.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | DD | 12/04/17 | 07/31/15 | JACOB WEISS | | 1,350.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | DD | 12/04/17 | 07/24/15 | JACOB WEISS | | 1,350.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | DD | 12/04/17 | 07/17/15 | JACOB WEISS | | 1,350.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | DD | 12/04/17 | 07/10/15 | JACOB WEISS | | 1,350.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | DD | 12/04/17 | 07/10/15 | JACOB WEISS | | 60.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | DD | 12/04/17 | 07/03/15 | JACOB WEISS | | 750.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | DD | 12/04/17 | 06/26/15 | JACOB WEISS | | 750.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | DD | 12/04/17 | 06/19/15 | JACOB WEISS | | 750.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | DD | 12/04/17 | 06/12/15 | JACOB WEISS | | 750.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | DD | 12/04/17 | 06/05/15 | JACOB WEISS | | 750.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | DD | 12/04/17 | 06/05/15 | JACOB WEISS | | 390.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | DD | 12/04/17 | 05/29/15 | JACOB WEISS | | 750.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | DD | 12/04/17 | 05/22/15 | JACOB WEISS | | 750.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | DD | 12/04/17 | 05/15/15 | JACOB WEISS | | 750.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | DD | 12/04/17 | 05/08/15 | JACOB WEISS | | 750.00 |
| WOODBRIDGE STRUCTURED FUNDING, LLC | DD | 12/04/17 | 04/30/15 | JACOB WEISS | | 750.00 |
| | | | | TOTALS - 4 YEAR (INCL. 2 YEAR AND 90 DAY) | $  - | $ 399,695.67 |
| | | | | NET DISBURSEMENTS - 4 YEAR (INCL. 2 YEAR AND 90 DAY) | | $ 399,695.67 |

Exhibit C

Schedule of Claims Contributed by Investors

Broker(s): Jacob A. Weiss

| Investor Name | Outstanding Investor Principal Amounts | | Net/Allowed Claim Amounts | |
| --- | --- | --- | --- | --- |
| | Class 3 | Class 5 | Class 3 | Class 5 |
| BARBEE MACHADO | $ - | $ 100,000.00 | $ - | $ 83,611.15 |
| BEN STRAGNELL | 400,000.00 | - | 392,722.21 | - |
| BERNICE A & GARY W SCHMELZ | - | 100,000.00 | - | 88,187.62 |
| BUFORD WARREN | 70,000.00 | - | 69,338.88 | - |
| CARL J & ALICE A HARRIS | 138,000.00 | - | 133,265.83 | - |
| CHUCK RASBACH | 100,000.00 | - | 99,839.58 | - |
| DANIEL A BINGHAM | 200,000.00 | - | 200,000.00 | - |
| DAVID DEAN & MELINDA CAY BESELER | 100,000.00 | - | 98,541.66 | - |
| DAVID OPDENAKER | 50,000.00 | - | 49,340.29 | - |
| DAVID SCOTT WOODS RLT | 51,000.00 | - | 50,863.88 | - |
| DIANE T BURT | 140,000.00 | - | 136,966.68 | - |
| DONALD M COOPER | - | 50,000.00 | - | 42,486.06 |
| DORA I TRAVIS | 100,000.00 | - | 94,722.18 | - |
| EDWARD & JOHNNIE WHISENANT FT 05/20/11 | 40,000.00 | - | 37,811.07 | - |
| EDWARD F MALLOY | 25,000.00 | - | 24,906.25 | - |
| ERIN STUMPF | 50,000.00 | - | 48,288.89 | - |
| ERMELINDA GUTIERREZ | 25,000.00 | - | 24,718.74 | - |
| FRANCISCO A & MARTHA D CASTELLANOS | 100,000.00 | - | 97,984.71 | - |
| G ALAN HARPE | 50,000.00 | - | 49,687.50 | - |
| GENEROSO J PRUDENTE | 70,000.00 | - | 69,261.10 | - |
| GEORGE R & LYNDA L ROGERS | 100,000.00 | - | 99,694.44 | - |
| GERSON MUNOZ | 60,000.00 | - | 59,033.33 | - |
| GLADYS BROCK & PAMELA JORDAN | 30,000.00 | - | 29,481.24 | - |
| HELEN M LESSICK | 25,000.00 | - | 24,746.52 | - |
| IRA SVCS TR CO-CFBO AGNES B MCKEE | 105,000.00 | - | 102,469.33 | - |
| JACQUELINE M CROWLEY FT | 150,000.00 | - | 145,531.59 | - |
| JAMES & RUTHANNE BRADFORD | 25,000.00 | - | 24,954.86 | - |
| JIMMY E HILL | 25,000.00 | - | 25,000.00 | - |
| JOHN D GHYSELINCK | 50,000.00 | - | 48,891.66 | - |
| JOHN H & FAYE W YOUNG | 55,000.00 | - | 51,806.90 | - |
| JOHN J TAPLEY | 150,000.00 | - | 145,361.78 | - |
| JUDY KINLEY | 25,000.00 | - | 25,000.00 | - |
| KATHLEEN S CODY | - | 41,000.00 | - | 37,913.58 |
| KELLY VAN RUITEN | 120,000.00 | 160,000.00 | 104,318.61 | 139,091.48 |
| KENNETH D ALLEN RT | 50,000.00 | - | 49,533.33 | - |
| KERRY DAWSON | 60,000.00 | - | 55,691.67 | - |
| LINDA F BENNETT | 50,000.00 | - | 49,486.12 | - |
| LISA E FUQUA | 300,000.00 | - | 293,708.34 | - |
| LOLITA M PATE | 15,000.00 | - | 14,185.00 | - |
| LUCILLE M & KEITH R LANNUM | 148,000.00 | - | 148,000.00 | - |
| MAINSTAR-FBO ANGELO MENDOZA JR | 58,542.02 | - | 55,172.60 | - |
| MAINSTAR-FBO BRIAN KENNEDY | 79,736.36 | - | 72,821.50 | - |
| MAINSTAR-FBO CAROLYN F WALKER | 25,000.00 | - | 24,761.81 | - |
| MAINSTAR-FBO DENELLE C BENTLEY | 592,000.00 | - | 591,506.67 | - |
| MAINSTAR-FBO DENISE ANTHONY | 26,500.00 | - | 25,914.79 | - |
| MAINSTAR-FBO DONALD M COOPER | - | 1,966,608.00 | - | 1,769,999.55 |
| MAINSTAR-FBO DORA I TRAVIS INH | 32,000.00 | - | 31,396.44 | - |
| MAINSTAR-FBO JOANNE L SOWELL | 138,863.45 | - | 129,908.27 | - |

Schedule of Claims Contributed by Investors

Broker(s): Jacob Weiss

|  | Outstanding Investor Principal Amounts | | Net/Allowed Claim Amounts | |
|---|---|---|---|---|
| Investor Name | Class 3 | Class 5 | Class 3 | Class 5 |
| MAINSTAR-FBO JOHN J PRIOLETTI | 290,301.54 | - | 277,303.28 | - |
| MAINSTAR-FBO JOSEPH C SOWELL | 36,395.72 | - | 34,152.32 | - |
| MAINSTAR-FBO JUDITH SHERMAN | 37,187.00 | - | 36,448.42 | - |
| MAINSTAR-FBO KATHLEEN S CODY | - | 211,274.00 | - | 195,193.70 |
| MAINSTAR-FBO KONRAD VON SCHOECH III | 59,223.14 | - | 55,123.58 | - |
| MAINSTAR-FBO MATERNA B CABATANA | 82,000.00 | - | 81,715.28 | - |
| MAINSTAR-FBO MURRAY MACKSON | 100,000.00 | - | 89,147.56 | - |
| MAINSTAR-FBO NANNETTE S WILLIS | 98,521.00 | - | 97,317.13 | - |
| MAINSTAR-FBO RAMONA ROBINSON | 60,000.00 | - | 58,925.00 | - |
| MAINSTAR-FBO RAYMOND O HALLE | 106,000.00 | - | 105,896.94 | - |
| MAINSTAR-FBO REIKO J ENOMOTO | 43,000.00 | - | 42,027.72 | - |
| MAINSTAR-FBO RICK J PRIM SR | 35,000.00 | - | 31,462.30 | - |
| MAINSTAR-FBO ROBERT KEITH DAVIS | 106,310.70 | - | 100,105.58 | - |
| MAINSTAR-FBO ROBERT LUTTRELL | 49,014.11 | - | 46,984.79 | - |
| MAINSTAR-FBO ROBERT W BEAVER | 25,000.00 | - | 24,426.39 | - |
| MAINSTAR-FBO RONALD L CLEMENS | 100,000.00 | - | 97,900.00 | - |
| MAINSTAR-FBO RONEE MINNICK | 383,200.00 | - | 369,477.67 | - |
| MAINSTAR-FBO SUE HARTLEY | 25,000.00 | - | 23,829.17 | - |
| MAINSTAR-FBO SUSAN B BLAKE | 46,500.00 | - | 46,254.58 | - |
| MAINSTAR-FBO SYLVIA TORRES | 104,700.00 | - | 102,533.29 | - |
| MAINSTAR-FBO TERI L MAGNOTTI | 272,000.00 | - | 268,411.11 | - |
| MAINSTAR-FBO VIDAL MARTINEZ | 153,875.00 | - | 137,817.91 | - |
| MAINSTAR-FBO WALTER B BROADWELL | 160,000.00 | - | 159,133.33 | - |
| MARGARET RAE ELSON IRREV TR | 75,000.00 | - | 73,291.67 | - |
| MARGUERITE CROWELL | 25,000.00 | - | 25,000.00 | - |
| MARIANNE KELLER | 300,000.00 | - | 280,175.00 | - |
| MARY JANE BROADWELL TR UAD 07/15/11 | 50,000.00 | - | 46,277.83 | - |
| MARY MCCANN | 40,000.00 | - | 39,750.00 | - |
| MICHAEL REDSTONE | 30,000.00 | 50,000.00 | 24,699.44 | 41,165.73 |
| MONIQUE LEHMANN | 150,000.00 | - | 147,111.15 | - |
| NORMA WEINER LT DTD 11/13/13 | 1,050,000.00 | - | 1,006,487.50 | - |
| NORMAN A & VERNICE F PUNCH | 35,650.00 | - | 35,040.99 | - |
| PAUL MCSHANE | 50,000.00 | - | 49,305.57 | - |
| POTTERTON IRREV TR | 400,000.00 | - | 394,111.10 | - |
| PROV. TR GP-FBO GAYLE R BRUGGINK ROTH IRA | 40,000.00 | - | 39,000.00 | - |
| PROV. TR GP-FBO HENYA BONETSKY IRA | 60,000.00 | - | 59,425.00 | - |
| PROV. TR GP-FBO MARY STANIEWICZ IRA | 45,000.00 | - | 44,962.50 | - |
| PROV. TR GP-FBO STEVE MILLER DEF BENE IRA | 74,500.00 | - | 71,406.17 | - |
| PROV. TR GP-FBO SUSAN I SELLERS IRA | 71,000.00 | - | 69,398.56 | - |
| REBECCA B REYNOLDS | 400,000.00 | - | 391,711.81 | - |
| RENEE MARCOZZI | 25,000.00 | - | 24,760.41 | - |
| RICHARD & FRANCIS LATHAM | 25,000.00 | - | 25,000.00 | - |
| RICHARD B HELLER | 100,000.00 | - | 94,999.96 | - |
| ROBERT GONZALEZ & ADELAYNE M DEBERNARDIS | 50,000.00 | - | 49,493.06 | - |
| ROBIN A MCBRIDE | 90,000.00 | - | 84,037.50 | - |
| RONALD DECAMP | 65,000.00 | - | 60,583.34 | - |
| RONALD L & HEIDI M CLEMENS | 50,000.00 | - | 48,123.59 | - |
| RONDA L ROGERS | 25,000.00 | - | 25,000.00 | - |

Schedule of Claims Contributed by Investors

Broker(s): Jacob Weiss

| Investor Name | Outstanding Investor Principal Amounts | | Net/Allowed Claim Amounts | |
|---|---|---|---|---|
| | Class 3 | Class 5 | Class 3 | Class 5 |
| SANDRA LEW | 100,000.00 | - | 98,597.21 | - |
| SHAHEEN MOJTABAI | 100,000.00 | - | 96,133.33 | - |
| THE FLAX FRT DTD 07/27/95 | 525,000.00 | - | 517,277.75 | - |
| THE MARC & DENISE PIERRE FT | 650,000.00 | - | 645,656.25 | - |
| THE MING-YI DANIEL XIA & TING-YI LIN RT | 150,000.00 | - | 148,525.00 | - |
| THE RICHARD & MICHELLE HERCZOG FT | 50,000.00 | - | 49,465.28 | - |
| THE SISSY DE VRIES TR DTD 06/07/06 | 50,000.00 | - | 49,208.34 | - |
| THE SPIEGEL & DONNELL TR U/A 01/23/14 | 50,000.00 | - | 44,205.03 | - |
| VICKY S COMER | 70,000.00 | - | 69,893.06 | - |
| WALTER & MARY JANE BROADWELL | 25,000.00 | - | 23,138.83 | - |
| Totals | $ 11,674,020.04 | $ 2,678,882.00 | $ 11,344,281.83 | $ 2,397,648.87 |